**Roberto Monroy DE LA FUENTE,
Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney
General of the United States,
Respondent.**

**No. 12–3192.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 3, 2013.

Filed: Sept. 23, 2013.

Timothy E. Wichmer, Wichmer & Gro-
neck, Saint Louis, MO, for Petitioner.

Kevin J. Conway, Karen Yolanda Drum-
mond, Richard M. Evans, U.S. Depart-
ment of Justice, Washington, DC, for Re-
spondent.

Before SMITH, BOWMAN, and
SHEPHERD, Circuit Judges.

PER CURIAM.

Roberto Monroy De La Fuente (Mon-
roy), a citizen of Mexico, petitions for re-
view of an order of the Board of Immi-
gration Appeals (BIA), which upheld an
immigration judge's denial of cancellation
of removal. We conclude that Monroy's
arguments regarding the BIA's discre-
tionary determination that he failed to
prove the requisite hardship to his quali-
fying relatives, for purposes of cancella-
tion of removal, are unreviewable, *see Za-*
*carias–Velasquez v. Mukasey,* 509 F.3d
429, 434 (8th Cir.2007) (under 8 U.S.C.
§ 1252(a)(2)(B)(i), this court lacks juris-
diction to review denial of cancellation of
removal for failure to prove exceptional
and extremely unusual hardship); *Guled*
*v. Mukasey,* 515 F.3d 872, 880 (8th Cir.
2008) (petitioner's argument that BIA ap-
plied incorrect legal standard by failing
to adequately consider certain factors in
denying cancellation of removal essential-
ly challenged adverse discretionary con-
clusion and did not present reviewable
question of law), and that Monroy's other
arguments are unavailing, *see Sanchez–*
*Velasco v. Holder,* 593 F.3d 733, 737 (8th
Cir.2010) (no right to due process in
purely discretionary remedy of cancella-
tion of removal).

Accordingly, we deny the petition for
review. *See* 8th Cir. R. 47B.